United States District Court
Southern District of New York
------------------------------------------------------------------x

Alpha Capital Aktiengesellschaft,

                      Plaintiff,

vs.                                          **Rule 7.1 Statement**

Fellows Energy, Ltd.,

                      Defendant.
------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certify that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, NY
       May 1, 2007

                                                    Law Offices of Kenneth A. Zitter

                                                    By_____
                                                      Kenneth A. Zitter, Esq.
                                                    Attorneys for Plaintiff
                                                     Alpha Capital Aktiengesellschaft
                                                    260 Madison Avenue, 18th Floor
                                                    New York, New York 10016
                                                    212-532-8000
                                                    KAZ-3195