Report of Independent Registered Public Accounting Firm

To the Board of Directors and Stockholders of
Fellows Energy Ltd.

We have audited the accompanying balance sheets of Fellows Energy Ltd., as of December 31, 2006 and 2005, and the related statements of operations, changes in stockholders' equity, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Fellows Energy Ltd. as of December 31, 2006 and 2005, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in Note 3 to the financial statements, the Company has significant losses from operations which raise substantial doubt about its ability to continue as a going concern. Management's plans in regard to these matters are described in Note 3. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

/s/ Mendoza Berger & Company
Mendoza Berger & Company
Irvine, California
April 17, 2007

23

Table of Contents

## Fellows Energy Ltd.
## Balance Sheets

|  | Year Ended Dec. 31, 2006 | Year Ended Dec. 31, 2005 |
|---|---:|---:|
| **Assets** | | |
| Cash and Cash Equivalents | $ 179,926 | $ 347,558 |
| Marketable securities, available-for-sale | — | 405,556 |
| Interest Receivable | 2,568 | 179 |
| Accounts Receivable | 80,258 | |
| Note Receivable | 233,634 | 99,879 |
| Total current assets | 496,386 | 853,172 |
| | | |
| Proved and unproved oil & gas property | 7,468,809 | 9,575,813 |
| | | |
| Equipment, net of $118,651 and $18,418 accumulated depreciation respectively | 1,509,932 | 287,836 |
| Deposits | — | 716,000 |
| Restricted cash | 160,000 | 235,000 |
| Deferred debt issue costs | 228,758 | 533,769 |
| | | |
| Total assets | $ 9,863,885 | $12,201,590 |
| | | |
| **Liabilities And Stockholders' Equity** | | |
| Accounts payable | $ 359,662 | $ 188,003 |
| Joint venture partner interest payable | 99,167 | — |
| Taxes payable | 9,433 | — |
| Interest payable current portion | 205,700 | 125,700 |
| Notes payable current portion | 1,583,111 | — |
| Convertible debenture current portion | 1,608,433 | 3,879,441 |
| | | |
| Total current liabilities | 3,865,506 | 4,193,144 |
| | | |
| Interest payable – net of current portion | 154,819 | — |
| Notes payable – related party | 1,733,000 | 12,000 |
| Notes payable – net of current portion | 428,000 | — |
| Convertible debenture – net of current portion | 1,385,505 | 1,184,407 |
| | | |
| Stockholders' equity | | |
| Preferred stock, $.001 par value; 25,000,000 shares authorized; none outstanding | — | — |
| Common stock, $.001 par value; 100,000,000 shares authorized; 73,447,619 and 52,545,329 shares issued and outstanding | 73,447 | 52,545 |
| Additional paid-in capital | 19,963,497 | 15,973,152 |
| Stock issuance obligation | 61,055 | — |

|  |  |  |
|---|---:|---:|
| Stock pledged as collateral | (1,665,000) | (1,665,000) |
| Accumulated deficit | (16,135,944) | (7,548,658) |
| Total stockholders' equity | 2,297,055 | 6,812,039 |
| Total liabilities and stockholders' equity | $ 9,863,885 | $12,201,590 |

See accompanying notes.

24

Table of Contents

**Fellows Energy Ltd.**
**Statements of Operations**

| | Years Ended December 31, | |
|---|---:|---:|
| | 2006 | 2005 |
| Revenue | $ 423,761 | $ — |
| | | |
| Operating expenses | | |
| Exploration and Production | 1,027,459 | 1,141,202 |
| Relinquishment of property options | 3,289,387 | 1,143,882 |
| General and administrative | 2,365,137 | 2,273,022 |
| | | |
| Operating loss | (6,258,221) | (4,558,106) |
| | | |
| Other income (expense) | | |
| Interest expense, net | (2,721,506) | (982,031) |
| Gain on sale of unproved property | — | 1,550,797 |
| Gain on extinguishment of debt | — | 383,531 |
| Project revenue applied as credit to purchase | 246,939 | — |
| Note receivable default penalty | 80,000 | — |
| Re-sale of pipe | 34,644 | — |
| Insurance rebates and project purchase credit | 19,993 | — |
| Miscellaneous | 7,304 | 14,132 |
| Total other income (expense) | (2,332,626) | 966,429 |
| | | |
| Loss before income tax | (8,590,847) | (3,591,677) |
| | | |
| Income tax expense | — | — |
| Deferred tax benefit | — | — |
| | | |
| Net loss | $ (8,590,847) | $ (3,591,677) |
| | | |
| Other comprehensive income (loss) | | |
| Unrealized holding gains on marketable securities | 3,561 | 516 |
| | | |
| Comprehensive loss | $ (8,587,286) | $ (3,591,161) |
| | | |
| Basic and diluted loss per share | $ (0.14) | $ (0.08) |
| Basic and diluted weighted average shares outstanding | 61,726,047 | 47,599,638 |

See accompanying notes.

25