Table of Contents

**Fellows Energy Ltd.**
**Statements of Changes in Stockholders' Equity**
**December 31, 2006**

| | Common Stock | | Additional Paid-In Capital | Stock Obligation/ Pledged | Accumulated Deficit | Total |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance, December 31, 2004 | 41,743,150 | $ 41,743 | $ 9,556,702 | $ 362,500 | $ (3,957,497) | $ 6,003,448 |
| Issue 200,000 shares for drilling purchase agreement | 200,000 | 200 | 193,800 | (194,000) | — | — |
| Issue 550,000 shares to business advisors | 550,000 | 550 | 432,450 | (168,500) | — | 264,500 |
| Issue 1,000,000 shares for oil and gas interests | 1,000,000 | 1,000 | 599,000 | — | — | 600,000 |
| Issue 2,449,265 shares for conversion of note | 2,449,265 | 2,449 | 392,262 | — | — | 394,711 |
| Issue 1,936,391 shares under private placement | 1,936,391 | 1,936 | 1,061,714 | — | — | 1,063,650 |
| Warrant valuation under convertible debentures | — | — | 1,099,673 | — | — | 1,099,673 |
| Issue 200,000 shares to financial advisors | 200,000 | 200 | 117,800 | — | — | 118,000 |
| Issue 1,000,000 shares converted under convertible debentures | 1,000,000 | 1,000 | 599,000 | — | — | 600,000 |
| Issue 50,000 shares as fee under convertible debenture | 50,000 | 50 | 29,950 | — | — | 30,000 |
| Issue 2,652,632 shares held as collateral in escrow | 2,652,632 | 2,653 | 1,662,348 | (1,665,000) | — | — |
| Issue 763,891 shares as redemption under convertible debenture | 763,891 | 764 | 228,453 | | — | 229,218 |
| Comprehensive loss | — | — | — | — | (3,591,161) | (3,591,161) |
| Balance, December 31, 2005 | 52,545,329 | 52,545 | 15,973,152 | (1,665,000) | (7,548,658) | 6,812,039 |

EXHIBIT H

| | | | | | |
|---|---|---|---|---|---|
| Issue 617,433 shares for debenture redemption | 617,433 | 617 | 228,599 | — | — | 229,216 |
| Issue 1,341,500 shares for debenture redemption | 1,341,500 | 1,342 | 357,375 | — | — | 358,717 |
| Issue 554,697 shares for debenture redemption | 554,697 | 555 | 151,743 | — | — | 152,298 |
| Issue 751,818 shares for debenture redemption | 751,818 | 752 | 205,667 | — | — | 206,419 |
| Issue 1,425,192 shares for debenture redemption | 1,425,192 | 1,425 | 357,292 | — | — | 358,717 |
| Issue 700,000 shares under drilling agreement | 700,000 | 700 | 195,300 | — | — | 196,000 |
| Issue 861,921 shares pursuant to ratchet down rights | 861,921 | 862 | 216,084 | — | — | 216,946 |
| Issue 790,000 pursuant to financing agreement | 790,000 | 790 | 252,010 | — | — | 252,800 |
| Issue 1,737,976 shares for debenture redemption | 1,737,976 | 1,738 | 356,979 | — | — | 358,717 |
| Issue 48,980 shares pursuant to financing agreement | 48,980 | 49 | 11,973 | — | — | 12,022 |
| Issue 118,057 shares for debenture redemption | 118,057 | 118 | 32,223 | — | — | 32,341 |
| Obligation to issue 50,000 shares pursuant to financing agreement | — | — | — | 22,500 | — | 22,500 |
| Obligation to issue 250,000 shares to business advisors | — | — | — | 61,055 | — | 61,055 |
| Issue 137,257 for debenture redemption | 137,257 | 137 | 39,063 | — | — | 39,200 |
| Issue 50,000 shares pursuant to financing agreement | 50,000 | 50 | 22,450 | (22,500) | — | — |
| Issue 1,898,013 shares for debenture redemption | 1,898,013 | 1,898 | 356,819 | — | — | 358,717 |
| Issue 250,000 shares pursuant to financing agreement | 250,000 | 250 | 62,250 | — | — | 62,500 |
| Issue 2,586,369 shares for debenture | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| redemption | 2,586,369 | 2,586 | 356,130 | — | — | 358,716 |
| Issue 118,057 shares for debenture redemption | 118,057 | 118 | 14,108 | — | — | 14,226 |
| Issue 487,070 shares for debenture redemption | 487,070 | 487 | 58,204 | — | — | 58,691 |
| Issue 800,000 shares to business advisors | 800,000 | 800 | 107,200 | — | — | 108,000 |
| Issue 3,130,267 shares for debenture redemption | 3,130,267 | 3,130 | 355,587 | — | — | 358,717 |
| Issue 1,083,607 shares pursuant to ratchet down rights | 1,083,607 | 1,084 | 149,213 | — | — | 150,297 |
| Issue 1,414,076 shares for debenture redemption | 1,414,076 | 1,414 | 104,076 | — | — | 105,490 |
| Comprehensive loss | — | — | — | | — | (8,587,286) | (8,587,286) |
| Balance, December 31, 2006 | 73,447,619 | 73,447 | 19,963,497 | (1,603,945) | (16,135,944) | 2,297,055 |

See accompanying notes.