&lt;HELP&gt; for explanation.                                   N161 Equity **HP**

**Comp/CLOSE/PRICE**                                         Page 1 / 6
FELLOWS ENERGY LTD         (FLWEE  US)        PRICE .03        U  $
                                                    HI .41      ON 6/28/06
Range  4/24/06  to  4/24/07    Period D Daily       AVE .151    VL 507286
                          USD    Market B Bid       LOW .027    ON 4/24/07

| | DATE | BID | VOLUME | | DATE | BID | VOLUME | | DATE | BID | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | | | | F | 4/ 6 | | | F | 3/16 | .042 | 911379 |
| T | | | | T | 4/ 5 | .04 | 252710 | T | 3/15 | .039 | 3747917 |
| W | | | | W | 4/ 4 | .039 | 585100 | W | 3/14 | .054 | 295845 |
| T | 4/24 | L.027 | 763100 | T | 4/ 3 | .04 | 140918 | T | 3/13 | .056 | 541874 |
| M | 4/23 | .0318B | 897230 | M | 4/ 2 | .041 | 267948 | M | 3/12 | .069 | 97700 |
| | | | | | | | | | | | |
| F | 4/20 | .034 | 705520 | F | 3/30 | .04 | 867469 | F | 3/ 9 | .069 | 226743 |
| T | 4/19 | .038 | 113865 | T | 3/29 | .042 | 3451069 | T | 3/ 8 | .069 | 334464 |
| W | 4/18 | .039 | 918300 | W | 3/28 | .035 | 2987805 | W | 3/ 7 | .068 | 80300 |
| T | 4/17 | .041 | 156400 | T | 3/27 | .035 | 560350 | T | 3/ 6 | .065 | 372977 |
| M | 4/16 | .04 | 380250 | M | 3/26 | .035 | 1783500 | M | 3/ 5 | .072 | 193359 |
| | | | | | | | | | | | |
| F | 4/13 | .041 | 284100 | F | 3/23 | .036 | 1685332 | F | 3/ 2 | .072 | 151700 |
| T | 4/12 | .04 | 534000 | T | 3/22 | .034 | 1029372 | T | 3/ 1 | .072 | 118217 |
| W | 4/11 | .04 | 203225 | W | 3/21 | .034 | 1629301 | W | 2/28 | .075 | 79900 |
| T | 4/10 | .039 | 328496 | T | 3/20 | .033 | 1952630 | T | 2/27 | .07 | 91500 |
| M | 4/ 9 | .04 | 282800 | M | 3/19 | .042 | 1045575 | M | 2/26 | .069 | 1195584 |

Australia 61 2 9777 8600     Brazil 5511 3048 4500    Europe 44 20 7330 7500     Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
                                                                        G354-113-1 24-Apr-2007 17:26:52

EXHIBIT I

&lt;HELP&gt; for explanation.                                          N161 Equity **HP**

## Comp/CLOSE/PRICE

FELLOWS ENERGY LTD      (FLWEE  US)      PRICE .03          U    Page 2 / 6
                                                                 $
                                                  HI .41    ON  6/28/06
Range 4/24/06 to 4/24/07    Period D Daily        AVE .151  VL  507286
                      USD   Market B Bid          LOW .027  ON  4/24/07

|   | DATE | BID   | VOLUME |   | DATE | BID   | VOLUME |   | DATE | BID   | VOLUME  |
|---|------|-------|--------|---|------|-------|--------|---|------|-------|---------|
| F | 2/23 | .088  |  92225 | F | 2/ 2 | .087  | 201000 | F | 1/12 | .065  |  619330 |
| T | 2/22 | .088  | 347136 | T | 2/ 1 | .09   | 204084 | T | 1/11 | .059  |  589865 |
| W | 2/21 | .095  | 805100 | W | 1/31 | .088  | 275400 | W | 1/10 | .061  |  787316 |
| T | 2/20 | .09   | 192174 | T | 1/30 | .08   | 268870 | T | 1/ 9 | .069  |  946300 |
| M | 2/19 |       |        | M | 1/29 | .08   | 194175 | M | 1/ 8 | .071  |  120625 |
|   |      |       |        |   |      |       |        |   |      |       |         |
| F | 2/16 | .088  |  81440 | F | 1/26 | .08   | 308860 | F | 1/ 5 | .074  |  134166 |
| T | 2/15 | .088  | 246700 | T | 1/25 | .0755 | 196305 | T | 1/ 4 | .076  |   65270 |
| W | 2/14 | .087  | 111600 | W | 1/24 | .069  | 156915 | W | 1/ 3 | .076  |  550924 |
| T | 2/13 | .086  | 137233 | T | 1/23 | .065  |  53896 | T | 1/ 2 |       |         |
| M | 2/12 | .086  | 194657 | M | 1/22 | .065  | 128500 | M | 1/ 1 |       |         |
|   |      |       |        |   |      |       |        |   |      |       |         |
| F | 2/ 9 | .086  | 208500 | F | 1/19 | .066  | 120480 | F | 12/29| .073  | 1202747 |
| T | 2/ 8 | .085  |  87280 | T | 1/18 | .064  | 512250 | T | 12/28| .078  | 1206474 |
| W | 2/ 7 | .085  | 233300 | W | 1/17 | .064  | 194300 | W | 12/27| .087  |  957864 |
| T | 2/ 6 | .085  |   9000 | T | 1/16 | .064  | 208750 | T | 12/26| .074  |  996263 |
| M | 2/ 5 | .087  | 347990 | M | 1/15 |       |        | M | 12/25|       |         |

Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
G354-113-1 24-Apr-2007 17:26:55

```
<HELP> for explanation.                                      N161 Equity HP

Comp/CLOSE/PRICE                                             Page  3 / 6
FELLOWS ENERGY LTD       (FLWEE   US)       PRICE .03            U    $
                                                     HI  .41     ON  6/28/06
Range [4/24/06] to [4/24/07]    Period D Daily       AVE .151    VL  507286
                           USD  Market  B Bid        LOW .027    ON  4/24/07
```

|   | DATE  | BID  | VOLUME  |   | DATE  | BID  | VOLUME  |   | DATE  | BID  | VOLUME  |
|---|-------|------|---------|---|-------|------|---------|---|-------|------|---------|
| F | 12/22 | .07  | 584450  | F | 12/ 1 | .102 | 296602  | F | 11/10 | .11  | 314200  |
| T | 12/21 | .069 | 1062124 | T | 11/30 | .106 | 377196  | T | 11/ 9 | .105 | 689910  |
| W | 12/20 | .067 | 782258  | W | 11/29 | .11  | 1038752 | W | 11/ 8 | .111 | 811351  |
| T | 12/19 | .07  | 985035  | T | 11/28 | .093 | 1384762 | T | 11/ 7 | .114 | 363420  |
| M | 12/18 | .068 | 1221020 | M | 11/27 | .078 | 930756  | M | 11/ 6 | .114 | 716050  |
| F | 12/15 | .08  | 407325  | F | 11/24 | .079 | 234963  | F | 11/ 3 | .117 | 748166  |
| T | 12/14 | .086 | 146600  | T | 11/23 |      |         | T | 11/ 2 | .121 | 411378  |
| W | 12/13 | .089 | 115705  | W | 11/22 | .081 | 738159  | W | 11/ 1 | .125 | 1285960 |
| T | 12/12 | .092 | 80700   | T | 11/21 | .074 | 1948764 | T | 10/31 | .14  | 164823  |
| M | 12/11 | .092 | 704000  | M | 11/20 | .09  | 319910  | M | 10/30 | .14  | 347401  |
| F | 12/ 8 | .104 | 100750  | F | 11/17 | .085 | 661876  | F | 10/27 | .143 | 230174  |
| T | 12/ 7 | .105 | 211026  | T | 11/16 | .088 | 1555665 | T | 10/26 | .148 | 159770  |
| W | 12/ 6 | .11  | 784415  | W | 11/15 | .101 | 281735  | W | 10/25 | .145 | 231275  |
| T | 12/ 5 | .093 | 304433  | T | 11/14 | .105 | 487515  | T | 10/24 | .145 | 540006  |
| M | 12/ 4 | .093 | 213739  | M | 11/13 | .106 | 525010  | M | 10/23 | .175 | 669801  |

```
Australia 61 2 9777 8600      Brazil 5511 3048 4500    Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2577 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                          G354-113-1 24-Apr-2007 17:26:57
```

Received Fax :    Apr 24 2007 5:27PM    Fax Station :    p. 11
Case 1:07-cv-03493-CM    Document 5-16    Filed 05/04/2007    Page 4 of 6
APR-24-2007(TUE) 05:30    LH Financial    (FAX)2125868244    P.011/013

\<HELP\> for explanation.      N161 Equity **HP**

**Comp/CLOSE/PRICE**      Page 4 / 6
FELLOWS ENERGY LTD    (FLWEE   US)    PRICE .03    U $

Range 4/24/06 to 4/24/07    Period D Daily    HI .41    ON 6/28/06
USD    Market B Bid    AVE .151    VL 507286
   LOW .027    ON 4/24/07

|   | DATE | BID | VOLUME |   | DATE | BID | VOLUME |   | DATE | BID | VOLUME |
|---|------|-----|--------|---|------|-----|--------|---|------|-----|--------|
| F | 10/20 | .165 | 442000 | F | 9/29 | .155 | 143679 | F | 9/ 8 | .165 | 257000 |
| T | 10/19 | .15  | 212000 | T | 9/28 | .15  | 164563 | T | 9/ 7 | .175 | 350280 |
| W | 10/18 | .148 | 273107 | W | 9/27 | .145 | 146720 | W | 9/ 6 | .175 | 1246999 |
| T | 10/17 | .131 | 123046 | T | 9/26 | .15  | 267530 | T | 9/ 5 | .153 | 761400 |
| M | 10/16 | .131 | 257639 | M | 9/25 | .153 | 205300 | M | 9/ 4 |      |        |
| F | 10/13 | .135 | 122080 | F | 9/22 | .162 | 82400  | F | 9/ 1 | .148 | 1831032 |
| T | 10/12 | .14  | 150050 | T | 9/21 | .165 | 105600 | T | 8/31 | .16  | 533850 |
| W | 10/11 | .15  | 434519 | W | 9/20 | .16  | 154849 | W | 8/30 | .175 | 152055 |
| T | 10/10 | .142 | 93723  | T | 9/19 | .165 | 96309  | T | 8/29 | .176 | 297324 |
| M | 10/ 9 | .14  | 125599 | M | 9/18 | .163 | 104075 | M | 8/28 | .177 | 690730 |
| F | 10/ 6 | .135 | 259350 | F | 9/15 | .165 | 248079 | F | 8/25 | .182 | 227550 |
| T | 10/ 5 | .131 | 278450 | T | 9/14 | .165 | 127020 | T | 8/24 | .185 | 213400 |
| W | 10/ 4 | .135 | 317385 | W | 9/13 | .17  | 455540 | W | 8/23 | .195 | 477950 |
| T | 10/ 3 | .14  | 275075 | T | 9/12 | .173 | 329715 | T | 8/22 | .185 | 444158 |
| M | 10/ 2 | .145 | 85491  | M | 9/11 | .16  | 217718 | M | 8/21 | .208 | 223124 |

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G354-113-1 24-Apr-2007 17:27:01

&lt;HELP&gt; for explanation.                                    N161 Equity HP

## Comp/CLOSE/PRICE

FELLOWS ENERGY LTD    (FLWEE    US)    PRICE .03    U$    Page 5 / 6
                                                   HI .41    ON 6/28/06
Range 4/24/06 to 4/24/07    Period D Daily    AVE .151    VL 507286
                              USD    Market B Bid    LOW .027    ON 4/24/07

| | DATE | BID | VOLUME | | DATE | BID | VOLUME | | DATE | BID | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 8/18 | .215 | 292650 | F | 7/28 | .245 | 120229 | F | 7/7 | .295 | 244655 |
| T | 8/17 | .192 | 344303 | T | 7/27 | .245 | 540853 | T | 7/6 | .31 | 306149 |
| W | 8/16 | .182 | 508047 | W | 7/26 | .221 | 926763 | W | 7/5 | .32 | 600578 |
| T | 8/15 | .18 | 442505 | T | 7/25 | .25 | 639109 | T | 7/4 | | |
| M | 8/14 | .18 | 443482 | M | 7/24 | .28 | 864805 | M | 7/3 | .385 | 419077 |
| F | 8/11 | .18 | 249944 | F | 7/21 | .31 | 423220 | F | 6/30 | .37 | 560653 |
| T | 8/10 | .185 | 288298 | T | 7/20 | .305 | 306850 | T | 6/29 | .34 | 1509567 |
| W | 8/9 | .185 | 684400 | W | 7/19 | .32 | 374000 | W | 6/28 | H.41 | 3028716 |
| T | 8/8 | .195 | 755300 | T | 7/18 | .31 | 255830 | T | 6/27 | .34 | 1844365 |
| M | 8/7 | .195 | 333750 | M | 7/17 | .32 | 253592 | M | 6/26 | .29 | 550889 |
| F | 8/4 | .205 | 328732 | F | 7/14 | .36 | 190752 | F | 6/23 | .24 | 1024815 |
| T | 8/3 | .21 | 271200 | T | 7/13 | .37 | 328668 | T | 6/22 | .21 | 183200 |
| W | 8/2 | .19 | 995143 | W | 7/12 | .38 | 346610 | W | 6/21 | .195 | 762373 |
| T | 8/1 | .208 | 874843 | T | 7/11 | .35 | 390862 | T | 6/20 | .16 | 532620 |
| M | 7/31 | .22 | 391861 | M | 7/10 | .36 | 603468 | M | 6/19 | .17 | 204669 |

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G354-113-1 24-Apr-2007 17:27:03

```
<HELP> for explanation.                                    N161 Equity  HP

Comp/CLOSE/PRICE                                            Page  6 / 6
FELLOWS ENERGY LTD      (FLWEE   US)     PRICE .03         U  $
                                                        HI  .41    ON  6/28/06
   Range  4/24/06  to  4/24/07   Period D Daily         AVE .151   VL  507286
                              USD    Market B Bid       LOW .027   ON  4/24/07
```

| | DATE | BID | VOLUME | | DATE | BID | VOLUME | | DATE | BID | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 6/16 | .165 | 492505 | F | 5/26 | .24 | 316922 | F | 5/ 5 | .296 | 398960 |
| T | 6/15 | .17 | 901379 | T | 5/25 | .24 | 320240 | T | 5/ 4 | .296 | 243200 |
| W | 6/14 | .156 | 543604 | W | 5/24 | .26 | 313267 | W | 5/ 3 | .295 | 388242 |
| T | 6/13 | .165 | 696399 | T | 5/23 | .26 | 502713 | T | 5/ 2 | .295 | 572435 |
| M | 6/12 | .185 | 391720 | M | 5/22 | .26 | 335642 | M | 5/ 1 | .30 | 398513 |
| F | 6/ 9 | .19 | 368630 | F | 5/19 | .26 | 166591 | F | 4/28 | .316 | 357190 |
| T | 6/ 8 | .195 | 422190 | T | 5/18 | .26 | 172270 | T | 4/27 | .32 | 302200 |
| W | 6/ 7 | .197 | 381621 | W | 5/17 | .26 | 313890 | W | 4/26 | .339 | 970750 |
| T | 6/ 6 | .195 | 1631771 | T | 5/16 | .275 | 264135 | T | 4/25 | .293 | 616793 |
| M | 6/ 5 | .23 | 88015 | M | 5/15 | .28 | 480126 | M | 4/24 | .305 | 429580 |
| F | 6/ 2 | .232 | 215000 | F | 5/12 | .30 | 281324 | | | | |
| T | 6/ 1 | .24 | 42150 | T | 5/11 | .285 | 186715 | | | | |
| W | 5/31 | .23 | 129120 | W | 5/10 | .28 | 323797 | | | | |
| T | 5/30 | .24 | 402932 | T | 5/ 9 | .30 | 341537 | | | | |
| M | 5/29 | | | M | 5/ 8 | .281 | 381315 | | | | |

```
Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                          G354-113-1 24-Apr-2007 17:27:05
```