UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                        :

ALPHA CAPITAL AKTIENGESELLSCHAFT,  :
                   Plaintiff,

- against -                        :       Index No. 07 CV 3493 (CM)

FELLOWS ENERGY, LTD.,               :       <u>NOTICE OF APPEARANCE</u>

                   Defendant.

------------------------------------------------------------x

      PLEASE TAKE NOTICE that Hutner Klarish LLP hereby enters its appearance as attorneys of record in this action for defendant Fellows Energy Ltd.

Dated:   New York, New York               HUTNER KLARISH LLP
           May 22, 2007                       Attorneys for Defendant

                                                             By: _____
                                                                Eric S. Hutner (EH-6836)
                                                  1359 Broadway, Suite 2001
                                                  New York, New York 10018
                                                  (212) 391-9235 / Fax: (212) 981-9122
                                                  ehutner@hutnerklarish.com