```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
ALPHA CAPITAL AKTIENGESELLSCHAFT,                              :
                                                               :
                              Plaintiff,                       :
                                                               :
        - against -                                            :  Index No. 07 CV 3493 (CM)
                                                               :
FELLOWS ENERGY, LTD.,                                          :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------x
```

<u>Rule 7.1 Disclosure Statement</u>

Defendant Fellows Energy Ltd., by its attorneys Hutner Klarish LLP, hereby makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Defendant Fellows Energy Ltd. ("Fellows") is a publicly traded corporation which trades on the OTC Bulletin Board under the symbol FLWE.

2. Fellows does not have a corporate parent.

3. Fellows is not aware of any publicly held corporation that owns 10% or more of its stock.

Dated:   New York, New York           HUTNER KLARISH LLP
         May 29, 2007                 Attorneys for Defendant


                                      By: _Eric S. Hutner_____
                                            Eric S. Hutner (EH-6836)
                                      1359 Broadway, Suite 2001
                                      New York, New York 10018
                                      (212) 391-9235 / Fax: (212) 981-9122
                                      ehutner@hutnerklarish.com

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2007, I caused the foregoing Rule 7.1 Disclosure Statement to be served by first class mail upon the following:

> Law Offices of Kenneth A. Zitter
> Attorneys for Plaintiff
> 260 Madison Ave., 18th Floor
> New York, New York 10016

Dated: May 29, 2007

s/ Tara Battimelli
Tara Battimelli
