-5-

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, I caused the foregoing Affidavit of George Young, Appendix (CDR) and CDR containing all of Fellows Energy, Ltd.'s SEC filings since June 1, 2006 to be served by hand upon the following:

>Law Offices of Kenneth A. Zitter
>Attorneys for Plaintiff
>260 Madison Ave., 18th Floor
>New York, New York 10016

Dated: June 22, 2007

*Tara Battimelli*
Tara Battimelli