```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

United States District Court
Southern District of New York
-------------------------------------------------------x

Alpha Capital Aktiengesellschaft,

                Plaintiff,

   vs.                                     Stipulation of Dismissal
                                          Without Prejudice

Fellows Energy, Ltd.,
                                          07 CV 3493 (CM)

                Defendant.
-------------------------------------------------------x

      It is hereby stipulated and agreed between the undersigned counsel for all the parties that the captioned matter is hereby dismissed, without prejudice, each party to bear its own costs. The Court shall retain jurisdiction in order to enforce the terms of the Settlement Agreement between the parties.

Dated: October 22, 2007

Law Offices of Kenneth A. Zitter                  Hutner Klarish LLP

By _____                          By _____
   Kenneth A. Zitter, Esq.                          Eric Hutner, Esq.
   Attorneys for Plaintiff                          Attorneys for Defendant
     Alpha Capital Aktiengesellschaft                 Fellows Energy, Ltd.
   260 Madison Avenue – 18th Floor                  1359 Broadway – suite 2001
   New York, New York 10016                         New York, New York 10018
   KAZ - 3195                                       EH - 6836

So Ordered: _____
U.S.D.J.

10-25-07